IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARIO MARTINEZ-PEREZ                                                                          PLAINTIFF

v.                                            Case No. 4:19-cv-4117

AMADEEP SINGH, et al.                                                                         DEFENDANTS

## JUDGMENT

The Court has been notified that all claims in this case have been settled. Therefore, the trial scheduled for the week of April 26, 2021, is cancelled. Further, the Court finds that this case should be and hereby is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 21st day of December, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge